I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-3-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. MACIEL, SR., | Case No. CV 11-7199-AG (RNB) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| ROBERT AMBROSELLI, et al., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge, subject to the following typographical corrections. First, on page 2, line 1 of the R&R, a space should be inserted between "290" and "(a)." Second, the last sentence of the first full paragraph on page 2 of the R&R should be corrected to read: "The District Judge further found that the public interest against issuing a TRO was particularly compelling."

//

1  IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is
2 granted; and (2) Judgment be entered dismissing this action for lack of subject matter
3 jurisdiction.

DATED: April 30, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE