I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-3-12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY – 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES D. MACIEL, SR.,

    Petitioner,

    vs.

ROBERT AMBROSELLI, et al.,

    Respondents.

)
)
)
)
)
)
)
)
)

Case No. CV 11-7199-AG (RNB)

**J U D G M E N T**

    Pursuant to the Court's Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: April 30, 2012

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY – 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1