# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. MACIEL, SR., | Case No. CV 11-7199-AG (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| ROBERT AMBROSELLI, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: April 30, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1